**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GENA GREEN, *Biological Mother*; | ) | |
| TIMOTHY GREEN, *Biological Father*; *and* | ) | |
| RICHARD DICKMAN, *In Loco Parentis*, | ) | Civil Action No. 2:26 CV 123 |
| | ) | |
| Plaintiffs, | ) | District Judge W. Scott Hardy |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | Re: ECF No. 16 |
| ALLEGHENY CYF; | ) | |
| CAITLIN MILLER, *CYF Supervisor*; | ) | |
| MALLORY CONTI, *CYF Supervisor*; | ) | |
| JONAH FISH-GERTZ, *Esq.*, *and* | ) | |
| WILLIAM AINSWORTH, *CYF Caseworker*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF COURT**

Federal Rule of Civil Procedure 11(a) provides that "[e]very pleading, written motion, and other paper must be signed ... by a party personally if the party is unrepresented" and that "[t]he paper must state the signer's address, e-mail address, and telephone number." Fed. R. Civ. P. 11(a) (emphasis added). "Though an individual may proceed *pro se* in federal court, such individuals may only represent themselves—as a non-attorney, they cannot represent the interests of others." Hatchigian v. PECO/Exelon, No. 22-CV-02170, 2023 WL 4494161, at *3 (E.D. Pa. July 12, 2023) (citing Murray v. City of Phila., 901 F.3d 169, 170–71 (3d Cir. 2018)).

The Amended Complaint filed by Plaintiff Gena Green on February 20, 2026, contains her e-signature and the e-signatures of Plaintiffs Timothy Green and Richard Dickman. ECF No. 16-1 at 21. Ms. Green may submit an e-signature on her own behalf when filing electronically from her own email account. However, as a non-attorney proceeding *pro se*, Ms. Green cannot represent Mr. Green or Mr. Dickman in this matter or raise claims on their behalf. Further, as to Plaintiff

Richard Dickman, the contact information in the Amended Complaint is insufficient, as reflected by the return to the Court of Orders addressed to him at ECF Nos. 9 and 10 with the notation that he "Moved. Left No Forwarding Address." See Docket Note dated February 25, 2026. Thus, Mr. Dickman has failed to comply with the Court's Order at ECF No. 19 directing each Plaintiff to keep the Court advised of his or her address at all times throughout this litigation. A Plaintiff's failure to do so may result in dismissal of this action.

Rule 11(a) requires that "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the ... party's attention." Hatchigian, 2023 WL 4494161, at *3.

Accordingly, and now, this 20th day of March, 2026, IT IS HEREBY ORDERED that on or before April 6, 2026, Plaintiffs Timothy Green and Richard Dickman shall comply with Rule 11(a) and submit a signed copy of the Amended Complaint. Failure to do so will result in an Order striking the Amended Complaint as to each and dismissing Timothy Green and Richard Dickman without prejudice.

IT IS FURTHER ORDERED that Richard Dickman shall provide the Court with a current address to permit the Court and other parties to communicate with him during the course of this litigation. Failure to do so may result in his dismissal from this action without prejudice.

BY THE COURT:

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:    TIMOTHY GREEN
3 Parkview Dr.
Clinton, PA 15026

2

RICHARD DICKMAN
3 Parkview Dr.
Clinton, PA 15026

GENA GREEN
3 Parkview Dr.
Clinton, PA 15026

All counsel of record via CM/ECF